(February 20, 2007)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBIN VALENTIN, Appellant. [828 NYS2d 892]—Appeal from judgment, Supreme Court, Bronx County (Steven L. Barrett, J.), rendered on or about June 8, 2005, held in abeyance pending receipt, within 20 days of service of a copy of the order, of a respondent's brief addressed to the issue of defendant's claim of excessiveness of sentence, and a reply brief, if any, filed within 10 days of service of respondent's brief. Concur—Sullivan, J.P., Williams, Sweeny, Catterson and Malone, JJ.